State of MISSOURI for the Use and Benefit of MWE SERVICES, INC., doing business as Midwest Demolition Company, Plaintiff,

John Zapata, Appellant,

v.

SIRCAL–KOZENY–WAGNER, a joint venture; Continental Casualty Company; Travelers Casualty and Surety Company of America, Appellees.

No. 09–1607.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 21, 2010.

Filed: Feb. 3, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

John Zapata appeals the district court's [1] adverse grant of summary judgment in this diversity suit. After careful de novo review, viewing the evidence and all fair inferences from it in a light most favorable to Zapata, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006), we conclude that summary judgment was proper, for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R.

47B. We also deny appellees' motion to strike portions of Zapata's reply brief.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.